049906/19892/JAF/JAP Firm ID No. 44613

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

BRYANCKA JOHNSON,

Plaintiff,

v.

STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.,

Defendants.

No. 2022-cv-2670

**NOTICE OF REMOVAL**

NOW COME the Defendants, STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC., by their attorney, Joseph A. Panatera of CASSIDAY SCHADE LLP, and for their Notice of Removal state as follows:

1. Plaintiff filed his Complaint in the Circuit Court of Cook County, Illinois, on April 13, 2022, as the result of a motor vehicle accident that occurred on June 20, 2020. (*See* a copy of Plaintiff's Complaint attached hereto as **Exhibit A**).

2. The Defendants named in Plaintiff's Complaint are STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.. *See Ex. A.*

3. On April 22, 2022, Defendant SCHNEIDER NATIONAL CARRIERS, INC. was served with the Summons and Complaint for this lawsuit. (*See* Summons attached hereto as **Exhibit B**). This notice is filed within thirty (30) days after service of the Complaint pursuant to 28 USC 1446.

4. At the time this action was commenced, and since then, SCHNEIDER NATIONAL CARRIERS, INC. has been a corporation organized and existing under the laws of the State of

Nevada with its principal place of business in Green Bay, Wisconsin. (*See* Illinois Secretary of State Corporation Information attached as **Exhibit C**).

5.  At the time this action was commenced, and since, STEVEN REEVES, has been a citizen and resident of Bennett, Colorado. (*See* Illinois Traffic Crash Report attached as **Exhibit D**).

6.  STEVEN REEVES has not been served with the Summons or Complaint in this matter. STEVEN REEVES has given us authority to appear for him and STEVEN REEVES has consented to the removal of this matter. We will be filing an appearance for STEVEN REEVES upon filing of this Notice of Removal.

7.  Upon information and belief, at the time the action was commenced and since, Plaintiff has been a citizen of the State of Illinois. *See Ex. D.*

8.  Diversity of Citizenship remains amongst the parties to this action.

9.  Plaintiff allegedly suffered serious personal injuries and damages to property, was required and will in the future be required to seek extensive medical consultation and treatment, has expended and will in the future expend great sums of money to be healed; and suffered and will continue to suffer great pain anguish and physical and mental suffering. Further, Plaintiff's counsel signed an Affidavit alleging that the money damages sought in this matter exceed $50,000. Based on this information, the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interests and costs. *See Ex. A.*

10. On April 5, 2022, Defendants' counsel attempted to speak to Plaintiff's counsel and left a voicemail for Plaintiff's counsel to discuss whether the amount in controversy is in excess of $75,000.

11. This action is a civil one in which the United States District Courts have original jurisdiction under 28 USC 1332.

12. Attached are copies of the Complaint, Summons and Appearance on behalf of SCHNEIDER NATIONAL CARRIERS, INC. These documents are all of the pleadings, process and orders that have been served on STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.

WHEREFORE, Defendants, STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC. pray that this cause be removed to the United States District Court for the Northern District of Illinois, Eastern District.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By: /s/ Joseph A. Panatera
            One of the Attorneys for Defendants, STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.

Joseph A. Panatera ARDC# 6288487
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jpanatera@cassiday.com

11066022

* 5 0 1 6 0 9 8 6 *
FILED
4/13/2022 10:26 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003381
Calendar, X
17479643

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**LAW DIVISION**

**BRYANCKA JOHNSON,**

Plaintiff,

v.

**STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.,**

Defendants.

JURY TRIAL DEMANDED

Case No. 2022L003381

**COMPLAINT AT LAW**

**Count I – *Steven Reeves***

NOW COMES Plaintiff, BRYANCKA JOHNSON, by and through her attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendant, STEVEN REEVES states as follows:

1. That on June 20, 2020, Interstate 57 was a public roadway that ran in a generally Northerly, Southerly direction in Richton Park, County of Cook, State of Illinois.

2. That on June 20, 2020, at approximately 7:36 a.m., the Plaintiff, BRYANCKA JOHNSON, was operating her motor vehicle traveling southbound on I-57 on the off ramp.

3. That at approximately the same time and place, the Defendant, STEVEN REEVES, operated, maintained and/or controlled a certain motor vehicle driving southbound on I-57 on the off ramp, directly next to the Plaintiff, BRYANCKA JOHNSON.

4. At the aforesaid time and place, the Plaintiff, BRYANCKA JOHNSON, turned her vehicle right in accordance with traffic, when the Defendant, STEVEN REEVES, failed to properly turn his vehicle, ultimately striking the vehicle next to him, driven by the Plaintiff, BRYANCKA JOHNSON.

**EXHIBIT A**

*50160986*

5. That at all times relevant hereto, the Plaintiff, BRYANCKA JOHNSON, was in exercise of due caution and reasonable care for her own safety and the safety for those around her.

6. That at all times relevant hereto, the Defendant, STEVEN REEVES, owed the Plaintiff, BRYANCKA JOHNSON, a duty to operate his motor vehicle in a safe and reasonable manner and to exercise ordinary care so as to not injure the Plaintiff and others lawfully on the roadway.

7. In disregarding said duty, the Defendant, STEVEN REEVES, was guilty of one or more of the following:

a. Negligently operated, maintained and/or controlled his motor vehicle;

b. Operated and/or controlled his motor vehicle without keeping a proper and sufficient lookout;

c. Operated, maintained and/or controlled his motor vehicle such that the Plaintiff, BRYANCKA JOHNSON, was injured;

d. Failed to maintain proper control over the guidance, maintenance and/or operation of said motor vehicle in light of the circumstance that existed at the time complained of herein;

e. Failed to exercise due care to avoid a collision with the Plaintiff's motor vehicle;

f. Failed to be as close as practical to the right –hand curb or edge of the roadway for a right turn so as to avoid collision with the Plaintiff's motor vehicle in violation of 625 ILCS 5/11-801(1);

g. Was otherwise careless or negligent.

8. That as a direct and proximate result of one or more of the foregoing careless and/or negligent acts and/or omissions by the Defendant, STEVEN REEVES, the Plaintiff, BRYANCKA JOHNSON, suffered serious personal injuries and damage to property, was

* 5 0 1 6 0 9 8 6 *

required and will in the future be required to seek extensive medical consultation and treatment; has expended and will in the future expend great sums of money to be healed; and suffered and will continue to suffer great pain anguish and physical and mental suffering.

WHEREFORE the Plaintiff, BRYANCKA JOHNSON, prays for judgment against the Defendant, STEVEN REEVES, in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for her injuries, losses and damages as alleged herein plus costs of this suit and any other relief this Court deems equitable and just.

**Count II – *Schneider National Carriers, Inc.***

NOW COMES Plaintiff, BRYANCKA JOHNSON, by and through her attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendant, SCHNEIDER NATIONAL CARRIERS, INC., (herein after "Schneider National") states as follows:

9. That Plaintiff re-alleges and incorporates paragraphs 1-5 of Count I above as though fully alleged herein.

10. At all times relevant herein, Defendant, SCHNEIDER NATIONAL, was and is a Nevada corporation, doing business in Cook County, Illinois.

11. At all times relevant, Defendant, STEVEN REEVES, was a driver operating and conducting business within Cook County, Illinois.

12. On June 20, 2020, the truck driven by STEVEN REEVES was owned, operated, and/or managed by Defendant, SCHNEIDER NATIONAL.

13. On June 20, 2020, STEVEN REEVES, was driving a truck as an agent, apparent agent, employee and/or servant of Defendant, SCHNEIDER NATIONAL.

* 5 0 1 6 0 9 8 6 *

14. That at all times relevant hereto, the Plaintiff, BRYANCKA JOHNSON, was in exercise of due caution and reasonable care for her own safety and the safety for those around her.

15. It was the duty of SCHNEIDER NATIONAL, by and through its agent, apparent agent, servant, and/or employee, STEVEN REEVES, to use a reasonable degree of care with regard to the operation of the truck.

16. Notwithstanding the aforementioned duty, STEVEN REEVES, as the agent, apparent agent, servant, and/or employee of SCHNEIDER NATIONAL, was then and there guilty of one or more of the following:

a. Negligently operated, maintained and/or controlled his motor vehicle;

b. Operated and/or controlled his motor vehicle without keeping a proper and sufficient lookout;

c. Operated, maintained and/or controlled his motor vehicle such that the Plaintiff, BRYANCKA JOHNSON, was injured;

d. Failed to maintain proper control over the guidance, maintenance and/or operation of said motor vehicle in light of the circumstance that existed at the time complained of herein;

e. Failed to exercise due care to avoid a collision with the Plaintiff's motor vehicle;

f. Failed to be as close as practical to the right –hand curb or edge of the roadway for a right turn so as to avoid collision with the Plaintiff's motor vehicle in violation of 625 ILCS 5/11-801(1);

g. Was otherwise careless or negligent.

17. That as a direct and proximate result of one or more of the foregoing careless and/or negligent acts and/or omissions by the Defendant, STEVEN REEVES, as agent, apparent agent, servant, and/or employee of SCHNEIDER NATIONAL, the Plaintiff,

* 5 0 1 6 0 9 8 6 *

BRYANCKA JOHNSON, suffered serious personal injuries and damage to property, was required and will in the future be required to seek extensive medical consultation and treatment; has expended and will in the future expend great sums of money to be healed; and suffered and will continue to suffer great pain anguish and physical and mental suffering.

WHEREFORE the Plaintiff, BRYANCKA JOHNSON, prays for judgment against the Defendant, SCHNEIDER NATIONAL, in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for her injuries, losses and damages as alleged herein plus costs of this suit and any other relief this Court deems equitable and just.

Respectfully Submitted:

*Attorney For Plaintiff*

**KRALOVEC, JAMBOIS & SCHWARTZ**
*Attorneys for Plaintiff*
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Telephone: (312) 782-2525
Firm No. 24797
E: Kbarnette@kjs-law.com

4/13/2022 10:26 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003381
Calendar, X

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**LAW DIVISION**

| | | |
|---|---|---|
| **BRYANCKA JOHNSON,** | ) | |
| | ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) | |
| v. | ) | Case No. 2022L003381 |
| | ) | |
| **STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

**JURY DEMAND**

The undersigned hereby demands a trial by jury.

Respectfully Submitted:

KBMcClartz

*Attorney For Plaintiff*

**KRALOVEC, JAMBOIS & SCHWARTZ**
*Attorneys for Plaintiff*
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Telephone: (312) 782-2525
Firm No. 24797
E: Kbarnette@kjs-law.com

FILED
4/13/2022 10:26 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003381
Calendar, X

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**LAW DIVISION**

**BRYANCKA JOHNSON,**

Plaintiff,

v.

**STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.,**

Defendants.

JURY TRIAL DEMANDED

Case No. 2022L003381

**AFFIDAVIT TO DAMAGES PURSUANT TO SUPREME COURT RULE 222**

The undersigned being first duly sworn upon oath, deposes and states that she is the attorney representing the Plaintiff in the above entitled cause of action seeking money damages or collection of taxes and states that this cause of action does exceed $50,000.

Respectfully Submitted:

*Attorney For Plaintiff*

**Kralovec, Jambois & Schwartz**
*Attorneys for Plaintiff*
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Telephone: (312) 782-2525
Firm No. 24797
E: Kbarnette@kjs-law.com

2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
SUMMONS

2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication

FILED
4/13/2022 10:26 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003381
Calendar, X
17479643

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

BRYANCKA JOHNSON,

Plaintiff,

v.

STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.,

Defendant.

Case No.: 2022L003381

**SHERIFF PLEASE SERVE**
SCHNEIDER NATIONAL CARRIERS, INC.
R/A: CT Corporation System
208 S. LaSalle St, Suite 814
Chicago, IL 60604

**SUMMONS**

To each defendant:

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602.

You must file within thirty (30) days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Atty. No.: 24797
Name: Kralovec, Jambois & Schwartz
Atty. for: Plaintiff
Address: 60 W. Randolph, 4th Floor
City/State/Zip: Chicago, IL 60601
Telephone: (312) 782-2525

WITNESS, 4/13/2022 10:26 AM IRIS Y. MARTINEZ

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Clerk of Court

Date of service: ____________________
(To be inserted by officer on copy left with defendant or other person)

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**EXHIBIT B**

2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
SUMMONS

2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication

FILED
4/13/2022 10:26 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003381
Calendar, X
17479643

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

BRYANCKA JOHNSON,

Plaintiff,

v.

STEVEN REEVES and SCHNEIDER NATIONAL CARRIERS, INC.,

Defendant.

Case No.: 2022L003381

**SHERIFF PLEASE SERVE**
SCHNEIDER NATIONAL CARRIERS, INC.
R/A: CT Corporation System
208 S. LaSalle St, Suite 814
Chicago, IL 60604

**SUMMONS**

To each defendant:

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court at Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602.

You must file within thirty (30) days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

Atty. No.: 24797
Name: Kralovec, Jambois & Schwartz
Atty. for: Plaintiff
Address: 60 W. Randolph, 4th Floor
City/State/Zip: Chicago, IL 60601
Telephone: (312) 782-2525

WITNESS, 4/13/2022 10:26 AM IRIS Y. MARTINEZ

[Seal: CIRCUIT COURT OF COOK COUNTY, ILLINOIS]

Clerk of Court

Date of service: ____________________
(To be inserted by officer on copy left with defendant or other person)

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

cyberdriveillinois.com is now ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 54089597 |
| Entity Name | SCHNEIDER NATIONAL CARRIERS, INC. |

Status
ACTIVE

## Entity Information

Entity Type
CORPORATION

Type of Corp
FOREIGN BCA

Qualification Date (Foreign)
Monday, 30 December 1985

State
NEVADA

Duration Date
PERPETUAL

## Agent Information

Name

EXHIBIT C

C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Thursday, 4 January 2018

## Annual Report

Filing Date
Friday, 17 December 2021

For Year
2021

## Officers

President
Name & Address
MARK B ROURKE 3101 S PACKERLAND DR GREEN BAY WI 54313

Secretary
Name & Address

## Assumed Name

ACTIVE
SCHNEIDER PORT LOGISTICS

Return to Search

File Annual Report
Adopting Assumed Name
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.    Mon May 16 2022

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

* AP002 *

X001936044

| DRAC U1 | DRAC U2 | TRFD | TRFC | WEAT | DRVA U1 | DRVA U2 | VIS U1 | VIS U2 | VEHD U1 | VEHD U2 | LGHT | COLL | MANV U1 | MANV U2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 03 | 04 | 01 | 05 | 01 | 99 | 01 | 99 | 99 | 01 | 10 | 01 | 04 |

INVESTIGATING AGENCY: Richton Park PD

DAMAGE TO ANY ONE PERSON'S VEHICLE/PROPERTY: ☐ $500 OR LESS ■ $501 - $1,500 ☐ Over $1,500

TYPE OF REPORT: ■ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED

☐ A No Injury / Drive Away ■ B Injury and / or Tow Due To Crash

AGENCY CRASH REPORT NO: YR 2020 20RP05213

TRFW 11 | VEHT U1 01 | U2 07 | # LNS U1 2 | U2 2 | ALGN U1 01 | U2 01 | RSUR 01 | VEHU U1 02 | U2 21 | SPDR U1 9 | U2 9 | RDEF 10 | BAC U1 996 | U2 996 | # OCCS U1 1 | U2 1 | DIRP U1 05 | U2 06 | SLMT U1 30 | U2 30

ADDRESS NO: 

HIGHWAY or STREET NAME: I-57 SOUTHBOUND RAMP

■ City ☐ Township: RICHTON PARK

INTERSECTION RELATED: ■ Yes ☐ No

PRIVATE PROPERTY: ☐ Yes ■ No

HIT & RUN: ☐ Yes ■ No

DATE OF CRASH: 06/20/2020 (mo day yr)

TIME: 07:36 ■ AM ☐ PM

SECONDARY CRASH: ☐ YES ■ NO

(CIRCLE) ☐ FT / MI N E S W (CIRCLE) ■ AT INTERSECTION WITH: SAUK TRAIL (NAME OF INTERSECTION OR ROAD FEATURE)

COUNTY: COOK

DOORING WITH PEDALCYCLIST: ☐ Y ■ N

NUMBER MOTOR VEHICLES INVOLVED: 2

FLOW CONDITION: ■ SLOW ☐ STOPPED ☐ FREE FLOW

## UNIT 1

■ DRIVER ☐ Parked ☐ Driverless ☐ Ped ☐ Pedal ☐ EQUES ☐ NMV ☐ NCV ☐ DV

NAME (LAST,FIRST,MI): JOHNSON, BRYANCKA, S

DATE OF BIRTH: 03/19/1993

STREET ADDRESS: 26711 S ANNA LANE

CITY: MONEE STATE: IL ZIP: 60449

SEX: F SAFT: 9 AIR: 04

INJURY: C EJECT: 1 EPTH: 0

TELEPHONE: (708) 527-8106

DRIVER LICENSE NO: J525-0779-3681 STATE: IL CLASS: D CLD ID: 0

EMS AGENCY: 

PEDV / PPA / PPL: 

HOSPITAL (TAKEN: St. James

INCIDENT RESPONDER: ☐ Y ■ N IF 'Y':

MAKE: LINCOLN MODEL: NAVIGATOR YEAR: 2018

AUTOMATED SYSTEM: ☐ Y ■ N ☐ UNK LEV IN VEH: LEVEL ENGAGED AT CRASH:

PLATE NO: 6541WS STATE: IL YEAR: 2020

VIN: 5LMJJ2LT8JEL15452

VEHICLE OWNER (LAST, FIRST M.I.): BARR, JONATHAN, L

OWNER ADDRESS (STREET, CITY, STATE, ZIP): 26711 S ANNA LANE , MONEE, IL 60449

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE, 13 - UNDER CARRIAGE, 14 - TOTAL (ALL), 15 - OTHER, 99 - UNKNOWN (circled: 11, 12)

POINT OF FIRST CONTACT: 11

TOWED DUE TO CRASH: ■ Y ☐ N | FIRE: ☐ Y ■ N | DISTRACTED: ☐ Y ■ N | DISTRACTION VALUE: | COM VEH: ☐ Y ■ N

INSURANCE CO: TRAVELERS CASUALTY AND SURETY COMPANY OF ILLINOIS

EXPIRED: ☐ Y ■ N

POLICY NO: 6055060206331

TELEPHONE: (708) 737-5565

## UNIT 2

■ DRIVER ☐ Parked ☐ Driverless ☐ Ped ☐ Pedal ☐ EQUES ☐ NMV ☐ NCV ☐ DV

NAME (LAST,FIRST,MI): REEVES, STEVEN, M

DATE OF BIRTH: 08/20/1955

STREET ADDRESS: 2205 S. KYLE

CITY: BENNETT STATE: CO ZIP: 80102

SEX: M SAFT: 9 AIR: 04

INJURY: 0 EJECT: 1 EPTH: 0

TELEPHONE: (720) 629-4691

DRIVER LICENSE NO: 921907149 STATE: CO CLASS: A CLD ID: 7

EMS AGENCY: 

PEDV / PPA / PPL: 

HOSPITAL (TAKEN TO): Refused

INCIDENT RESPONDER: ☐ Y ■ N IF 'Y':

MAKE: INTERNATIONAL MODEL: PROSTAR LIMITED YEAR: 2011

AUTOMATED SYSTEM: ☐ Y ■ N ☐ UNK LEV IN VEH: LEVEL ENGAGED AT CRASH:

PLATE NO: 2236129 STATE: IN YEAR: 2020

VIN: SHSDJSJR3BN422207

VEHICLE OWNER (LAST, FIRST M.I.): SCHNEIDER NATIONAL, CARRIES, INC

OWNER ADDRESS (STREET, CITY, STATE, ZIP): 7101 W 17TH AVE , GARY, IN 46406

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE, 13 - UNDER CARRIAGE, 14 - TOTAL (ALL), 15 - OTHER, 99 - UNKNOWN (circled: 13, 15)

POINT OF FIRST CONTACT: 15

TOWED DUE TO CRASH: ☐ Y ■ N | FIRE: ☐ Y ■ N | DISTRACTED: ☐ Y ■ N | DISTRACTION VALUE: | COM VEH: ■ Y ☐ N

INSURANCE CO: OLD REPUBLIC INSURANCE COMPANY

EXPIRED: ☐ Y ■ N

POLICY NO: MWTI31455720

TELEPHONE: (920) 592-5308

## PASSENGERS & WITNESSES ONLY

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | (EPTH) | (NAME) / (ADDR) / (TEL) | (EMS) | (HOSP) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

## Events

| | (EVNO) | (MOST) | (EVNT) | (LOC) |
|---|---|---|---|---|
| UNIT 1 | 1 | ■ | 11 | 4 |
| | 2 | ☐ | | |
| | 3 | ☐ | | |
| UNIT 2 | 1 | ■ | 11 | 4 |
| | 2 | ☐ | | |
| | 3 | ☐ | | |

DAMAGED PROPERTY OWNER NAME: 

DAMAGED PROPERTY: 

PROPERTY OWNER ADDRESS / CITY / STATE / ZIP: 

PRIMARY CAUSE: 06 SECONDARY CAUSE: 18

ARREST NAME: ☐ Citations Issued ☐ Pending SECTION: CITATION NO:

ARREST NAME: ☐ Citations Issued ☐ Pending SECTION: CITATION NO:

OFFICER ID: 102 SIGNATURE: MADISON, D BEAT / DIST: 2 SUPERVISOR ID: 007

POLICE NOTIFIED: 06/20/2020 TIME: 07:36 ■ AM ☐ PM

EMS NOTIFIED: TIME: ☐ AM ☐ PM

EMS ARRIVED: TIME: ☐ AM ☐ PM

ROAD CLEARANCE: TIME: ☐ AM ☐ PM

COURT DATE: TIME: ☐ AM ☐ PM

Did crash occur In a Work Zone? ■ Y ☐ N

If YES check one below: ■ Construction ☐ Maintenance ☐ Utility ☐ Unknown work zone type

Workers Present? ☐ Y ■ N

**EXHIBIT D**

X001936044

## DIAGRAM

Unit 1
Unit 2
Interstate 57 Ramp
Scott Drive
Sauk Trail
Not To Scale

NARRATIVE (Refer to vehicle by Unit No.)

Driver of unit #2 (Steven Reeves) stated in summary, he was waiting at a traffic light southbound on Interstate 57 (I-57) off ramp at Sauk Trail. Unit #2 stated as the light signal green, he proceed into the intersection to make a right hand turn onto Sauk Trail. Unit #2 stated at that time he observed unit #1 vehicle in the rear of him and come to a slow stop behind him. Unit #2 stated after unit #1 vehicle came to a complete stop, he continued with his right turn on Sauk Trail, westbound. Unit #2 stated as he proceed onto Sauk Trail he noticed unit #1 vehicle approaching Sauk Trail, attempting to make a right as his trailer was stilling turning onto Sauk Trail. Unit #2 stated that is when unit #1 struck his trailer. Unit #2 was treated on scene by the Richton Park Fire Department (Paramedics) and refused any further medical attention.

Driver of unit #1 (Bryancka Johnson) stated in summary, she was approaching Sauk Trail from Interstate 57 (I-57) off ramp. Unit #1 stated as she approached Sauk Trail she notice a semi-truck in front of her and waiting at the traffic light. Unit #1 stated she got in the right turning lane to make a right hand turn onto Sauk Trail. Unit #1 stated as she began to make a right hand turn on Sauk Trail unit #2 struck her vehicle by turning at the same time from the left lane. Unit #1 advised R/o she was experiencing neck and back pain. Unit #1 was treated on scene for the neck and back pain and was transported to St. James of Olympia Fields hospital for further treatment.

R/o provided both unit #1 and unit #2 with a copy of the report number. Unit #1 vehicle was towed to Coys.

LOCAL USE ONLY

| U_COLOR Red | U_COLOR Blue | U_Drug 1 000 | U_Drug 2 | U_Drug 1 000 | U_Drug 2 |
|---|---|---|---|---|---|
| U_TOWED DUE TO | ☐ DISABLING DAMAGE | ■ NOT DISABLING DAMAGE | DAMAGE EXTENT 1 | TOWED BY/TO COYS / COYS | |
| U_TOWED DUE TO | ☐ DISABLING DAMAGE | ■ NOT DISABLING DAMAGE | DAMAGE EXTENT | TOWED BY/TO | |

## COMMERCIAL MOTOR VEHICLE (CMV) UNIT 2

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation beyond 75 air miles from the driver's work reporting location (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME: SCHNEICLER NATIONAL CARRIES, INC
ADDRESS: 7101 W. 17TH AVE
CITY/STATE/ZIP: gary, IN 46406
Motor Carrer ID: ☐ Interstate ☐ Intrastate ☐ Not in Comm./Govt ☐ Not in Comm./Others
USDOT NO. 264184 ILCC NO 316440
Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book
GVWR/GCWR ☐ <10,000 ☐ 10,000-26,000 ■ >26,000

Were HAZMAT placards displayed on the vehicle? ☐ Y ☐ N
If yes, name on placard
4-digit UN no. 1-digit Hazard Class no.

Did HAZMAT spill from the vehicle (do not consider fuel from the Vehicle's own tank)? ☐ Y ■ N ☐ UNK
Did HAZMAT Regulations violation contribute to the crash? ☐ Y ■ N ☐ UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Y ■ No ☐ UNK
Was a Driver/Vehicle Examination Report from completed?
HAZMAT ☐ Y ■ N ☐ UNK Out of Service? ☐ Y ☐ N
MCS ☐ Y ■ N ☐ UNK Out of Service? ☐ Y ☐ N
Form No.

IDOT PERMIT NO WIDE LOAD? ■ Y ☐ N
TRAILER VIN 1 TA1320259 TRAILER VIN 2
TRAILER WIDTH(S): 0-96" 97-102" >102"
TRAILER 1 ☐ ■ ☐
TRAILER 2 ☐ ☐ ☐
TRAILER LENGTH(S): 1 48 ft TRAILER 2 ft
TOTAL VEHICLE LENGTH ft NO OF AXLES 3

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION 4
CARGO BODY TYPE 9 LOAD TYPE 9